FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVIN F.[1], | No. 1:19-CV-03169-MKD |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| vs. | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | **ECF Nos. 14, 15** |
| Defendant. | |

    Before the Court is the Stipulated Motion for Remand, ECF No. 15, filed by Defendant, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney D. James Tree represents Plaintiff.  Attorney Katherine Watson represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 8.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names.

ORDER - 1

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 15**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the parties stipulate that the ALJ will:

(1) Offer the claimant a new hearing;
(2) Reevaluate the medical opinion evidence, including the opinions of Drs. Foster, Harding, Packer, Dalton, and Hurley;
(3) Continue with the sequential evaluation and, as necessary, reevaluate Plaintiff's subjective complaints; and
(4) Issue a new decision.

ECF No. 15 at 1-2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 22, 2020.

s/Mary K. Dimke
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2