# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALVIN F.,

_____

*Plaintiff*

v.

ANDREW M. SAUL, COMMISSIONER OF SOCIAL
SECURITY,

_____

*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 22, 2020**

SEAN F. McAVOY, CLERK

Civil Action No.   1:19-CV-3169-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The parties' Stipulated Motion for Remand, ECF No. 15, is GRANTED.  The above-captioned case is REVERSED and
REMANDED to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of
42 U.S.C. § 405(g).
Plaintiff's Motion for Summary Judgment, ECF No. 14, is STRICKEN AS MOOT.
Judgment is entered for Plaintiff.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge        Mary K. Dimke        _____ on a stipulated motion for remand.

Date:   January 22, 2020        

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Pam Howard
_____
*(By) Deputy Clerk*

Pam Howard
_____